

NUMBER 13-08-103-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG

THE LORD'S HOUSE OF REFUGE,                              Appellant,

v.

CITY OF PHARR,                                            Appellee.

On Appeal from the County Court at Law No. 4
of Hidalgo County, Texas.

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Benavides
Memorandum Opinion Per Curiam**

Appellant, The Lord's House of Refuge, perfected an appeal from a judgment

entered by in trial court cause number CL-07-1755-D by the County Court at Law No. 4 of

Hidalgo County, Texas. Appellant has filed a motion to dismiss the appeal on grounds that

the matter has been resolved between the parties, and, accordingly, it no longer desires to prosecute the appeal.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 13th day of March, 2008.